IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDOULAYE BA, | : |
|     Petitioner | : |
|     v. | : Case No. 3:26-cv-00005-KAP |
| LEONARD ODDO *et al.*, | : |
|     Respondents | : |

### Rule and Order

    Petitioner, detained at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241 and an amended petition at ECF No. 2. Service is to be made by counsel or, upon motion, by the Marshal.

    Within sixty days of service, respondents, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: January 16, 2026

                                            Keith A. Pesto,
                                            United States Magistrate Judge

Notice by ECF to counsel of record